## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN BARANYAI, | ) |
|         Plaintiff, | ) |
|   v. | ) |
| | ) |
| CRICKET WIRELESS, LLC, a foreign corporation | )     18 cv 2798 |
| d/b/a CRICKET WIRELESS ILLINOIS, LLC, | ) |
| BROKEN ARROW COMMUNICATIONS, INC., | ) |
| a foreign corporation, FILCOR, LLC, a foreign | ) |
| corporation d/b/a INTEGRA ADVANCED | ) |
| MANAGED SERVICES, and JACOBS | ) |
| ENGINEERING GROUP, INC., a foreign corporation, | ) |
| | ) |
|         Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between all parties to the above entitled cause, through their respective attorneys, that this cause be dismissed in its entirety without costs to either party, all matters in controversy having been settled.

IT IS FURTHER STIPULATED that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action based on or including a claim for which this action has been brought.

Respectfully Submitted,

s\    Ronald W. Cobb, III
       Attorney for Plaintiff
       McDevitt Law Offices
       221 N. LaSalle Street, Suite 1600
       Chicago, IL 60601
       (312) 332-0072
       ron@mcdevittlaw.com

s\    Sandra J. Cukierski
       Attorney for Defendants,
       Cricket Wireless, LLC/Fillcor, LLC
       SmithAmundsen LLC
       150 North Michigan Ave, Suite 3300
       Chicago, IL 60601
       (312) 894-3200
       scukierski@salawus.com

**STIPULATION TO DISMISS (p. 2 of 2)**

                s\ Bradford A. Burton
                Attorney for Defendant,
                Jacobs Telecommunications, Inc.
                Cassiday Schade LLP
                222 W. Adams Street, Suite 2900
                Chicago, IL 60606
                (312) 641-3100
                bburton@cassiday.com

                s\ Jeffrey D. Naffziger
                Attorney for Defendant,
                Broken Arrow Communications, Inc.
                Christensen Hsu Sipes LLP
                135 South LaSalle St., Suite 4200
                Chicago, IL 60603
                (312) 214-5356
                jeff@chs.law

                s\ Andrew J. Meyer
                Attorney for Defendant,
                Fullerton Engineering Consultants
                Meagher & Geer, P.L.L.P.
                216 N. Jefferson Street, Suite 100
                Chicago, IL  60661
                (312) 463-1045
                ameyer@meagher.com

                s\ Ross M. Kucera
                Attorney for Third-Party Defendant,
                Wolverine Wireless, Inc.
                200 West Madison, Suite 501
                Chicago, IL 60606
                (312) 384-7620
                ross.kucera@thehartford.com